1  MELINDA HAAG (CSBN 132612)
2  United States Attorney

3  MIRANDA KANE (CSBN 150630)
   Chief, Criminal Division

4  ARVON J. PERTEET (CSBN 242828)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, 11th Floor
       San Francisco, CA 94102
7      Telephone: 415.436.6598
       Facsimile: 415.436.7234
8      Email: arvon.perteet@usdoj.gov

9  Attorneys for United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 UNITED STATES OF AMERICA,       )
                                   )   No. CV 12-01439- MMC
14              Plaintiff,         )
                                   )
15         v.                      )   STIPULATION AND [PROPOSED]
                                   )   ORDER TO VACATE TRIAL DATE AND
16 ONE (1) 2008 Toyota Tundra, (VIN # )  STAY PROCEEDINGS
   5TFDV58108X050994), Real Property and )
17 Improvements located at APN # 012-690- )
   48, Leggett, CA; Real Property and )
18 Improvements located at APN # 012-690- )
   50, Leggett, CA; Real Property and )
19 Improvements located at APN # 012-670- )
   48, Leggett, CA; Real Property and )
20 Improvements located at APN # 012-670- )
   49, Leggett, CA,                )
21                                 )
                Defendants.         )
22 _____)
           MATTHEW GRAVES AND
23         UMPQUA BANK,
                Claimants.
24
           Plaintiff, the United States of America, by and through MELINDA HAAG, United States
25
   Attorney, and ARVON J. PERTEET, Assistant United States Attorney, and Claimant
26
   MATTHEW GRAVES by and through his attorney DAVID M. MICHAEL, ESQ., and
27
   CLAIMANT UMPQUA BANK by and through their attorney, PAUL J. DUTRA,ESQ., hereby
28
   acknowledge an ongoing civil forfeiture matter, and stipulate to the following:

1    On July 10, 2012, the Court set a trial date in this matter for February 11, 2013 (See *Doc. # 20*). Additionally, the Court referred the matter to Magistrate Beeler for settlement. The settlement conference is scheduled for Jan 14, 2013. This matter is related to case *3:09-cv-02277-MMC*, which was also set for trial at the same time. The parties in the related matter have reached a stipulated settlement.

    Due to fact that the parties in the related matter have reached a stipulated settlement, and the fact that there is an ongoing federal investigation of MATTHEW GRAVES, that is directly related to this matter, the parties are seeking to vacate the trial date currently set for February 11, 2013, and all deadlines associated with that trial setting, and to reset all discovery deadlines, dispositive motion dates, and settlement conference referral until after a case management conference in February 2013.

    The parties seek this stay pursuant to 18 U.S.C. §§ 981(g)(1) and (2). Both the Government and claimant, Matthew Graves, stipulate and agree that taking discovery at this time would adversely impact the Government's criminal investigation and would burden the right of Matthew Graves against self-incrimination in the related federal criminal investigation.

IT IS SO STIPULATED:

                                    Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney

Dated: November 8, 2012             S/ARVON J. PERTEET
                                    ARVON J. PERTEET
                                    Assistant United States Attorney

Dated: November 8, 2012             S/ DAVID M. MICHAEL
                                    DAVID M. MICHAEL
                                    Attorney for Claimant
                                    MATTHEW GRAVES

Dated: November 8, 2012             S/ PAUL J. DUTRA
                                    PAUL J. DUTRA
                                    Attorney for Claimant
                                    UMPQUA BANK

STIPULATION AND {PROPOSED} ORDER VACATING TRIAL AND STAY
No. CV 12-01439 - MMC                    2

**ORDER**

IT IS SO ORDERED on this __9th__ day of __November__, 2012, pursuant to the foregoing stipulation, that this civil forfeiture trial date of February 11, 201~2~3, be vacated and all associated deadlines be terminated and to reset all discovery deadlines, dispositive motion dates, and settlement conference referral until after a case management conference ~in~ February 15, 2013.

IT IS FURTHER ORDERED that discovery in this matter be stayed for 90 days pursuant to 18 U.S.C. §§ 981(g)(1) and (2).

HONORABLE MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND {PROPOSED} ORDER VACATING TRIAL AND STAY
No. CV 12-01439 - MMC            3