MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                  Plaintiff,<br><br>      v.<br><br>ONE (1) 2008 Toyota Tundra, (VIN # 5TFDV58108X050994), Real Property and Improvements located at APN # 012-690-48, Leggett, CA; Real Property and Improvements located at APN # 012-690-50, Leggett, CA; Real Property and Improvements located at APN # 012-670-48, Leggett, CA; Real Property and Improvements located at APN # 012-670-49, Leggett, CA,<br><br>                  Defendants.<br><br>MATTHEW GRAVES AND UMPQUA BANK,<br>                  Claimants. | No. CV 12-01439- MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL DATE AND STAY PROCEEDINGS |

      Plaintiff, the United States of America, by and through MELINDA HAAG, United States Attorney, and ARVON J. PERTEET, Assistant United States Attorney, and Claimant MATTHEW GRAVES by and through his attorney DAVID M. MICHAEL, ESQ., and CLAIMANT UMPQUA BANK by and through their attorney, PAUL J. DUTRA, ESQ., hereby acknowledge an ongoing civil forfeiture matter, and stipulate to the following:

1   On July 10, 2012, the Court set a trial date in this matter for February 11, 2013 (See *Doc. # 20*). Additionally, the Court referred the matter to Magistrate Beeler for settlement. The settlement conference is scheduled for Jan 14, 2013. This matter is related to case *3:09-cv-02277-MMC*, which was also set for trial at the same time. The parties in the related matter have reached a stipulated settlement.

   Due to fact that the parties in the related matter have reached a stipulated settlement, and the fact that there is an ongoing federal investigation of MATTHEW GRAVES, that is directly related to this matter, the parties are seeking to vacate the trial date currently set for February 11, 2013, and all deadlines associated with that trial setting, and to reset all discovery deadlines, dispositive motion dates, and settlement conference referral until after a case management conference in February 2013.

   The parties seek this stay pursuant to 18 U.S.C. §§ 981(g)(1) and (2). Both the Government and claimant, Matthew Graves, stipulate and agree that taking discovery at this time would adversely impact the Government's criminal investigation and would burden the right of Matthew Graves against self-incrimination in the related federal criminal investigation.

IT IS SO STIPULATED:

                                  Respectfully submitted,

                                  MELINDA HAAG
                                  United States Attorney


Dated: November 8, 2012           S/ARVON J. PERTEET
                                  ARVON J. PERTEET
                                  Assistant United States Attorney

Dated: November 8, 2012           S/ DAVID M. MICHAEL
                                  DAVID M. MICHAEL
                                  Attorney for Claimant
                                  MATTHEW GRAVES


Dated: November 8, 2012           S/ PAUL J. DUTRA
                                  PAUL J. DUTRA
                                  Attorney for Claimant
                                  UMPQUA BANK

STIPULATION AND {PROPOSED} ORDER VACATING TRIAL AND STAY
No. CV 12-01439 - MMC                    2

**ORDER**

IT IS SO ORDERED on this __9th__ day of __November__, 2012, pursuant to the foregoing stipulation, that this civil forfeiture trial date of February 11, 2012³, be vacated and all associated deadlines be terminated and to reset all discovery deadlines, dispositive motion dates, and settlement conference referral until after a case management conference ~~in~~ February 15, 2013.

IT IS FURTHER ORDERED that discovery in this matter be stayed for 90 days pursuant to 18 U.S.C. §§ 981(g)(1) and (2).

*[signature: Maxine M. Chesney]*

HONORABLE MAXINE M. CHESNEY
United States District Court Judge