IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT AP# 012-690-50, Leggett, CA, et al.,<br><br>　　　　　Defendant.<br>_____/<br>MATTHEW D. GRAVES,<br><br>　　　　　Claimant.<br>_____/ | No. C 12-1439 MMC<br><br>**ORDER DIRECTING CLAIMANT GRAVES TO SUBMIT CHAMBERS COPIES OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

　　　　On September 6, 2013, claimant Matthew D. Graves ("Graves") electronically filed an Opposition to Government's Motion for Interlocutory Public Judicial Sale and two declarations in support thereof.  Graves has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Graves is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-

referenced documents. Graves is hereby advised that if he fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 19, 2013

MAXINE M. CHESNEY
United States District Judge