PAUL J. DUTRA, CA Bar No.  046294
GLORIA M. OATES, CA Bar No. 119222
**DUTRA & OATES**
2377 Gold Meadow Way, Suite 215
Gold River, CA   95670
Telephone: (916) 526-2797
Fax: (916) 526-2799
[pjdutra@jps.net]

Attorneys for Claimant,
UMPQUA BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONE (1) 2008 Toyota Tundra, (VIN ) <br> #5TFDV58108X050994), et al. ) <br> ) <br> Defendants. ) <br> _____ ) | No.  12-1439 MMC <br><br> **STIPULATION ON MOTION FOR INTERLOCUTORY PUBLIC JUDICIAL SALE AND ORDER THEREON** <br><br> _____ |

The Motion For Interlocutory Public Judicial Sale brought jointly by Plaintiff, United States of America , and  claimant Umpqua Bank, was heard by the honorable Maxine M. Chesney, United States District Judge, on the date and time noticed for the hearing.  Counsel for each of the parties appeared and submitted arguments to the Court.  Prior to the submission of final arguments to the Court for a ruling on the Motion, counsel reached the following Stipulation (capitalized terms not defined in this Stipulation are defined in the Motion):

**STIPULATION**

1. Matthew Graves shall pay to Umpqua Bank, for application to the Loan, delinquent interest on the Loan accrued to October 1, 2013, in the amount of $3,803.23, such payment to be made prior to November 1, 2013.

2. Matthew Graves shall pay to Umpqua Bank, for application to the Loan, $1,000.00 per month, beginning November 1, 2013, and on the first day of each month thereafter

1  until resolution of this matter, further written agreement of the parties, or further order of the

2  Court.  Payments are to be delivered to the following address or to such other address as may be

3  designated in writing by Umpqua Bank:

4          Umpqua Bank
        1790 NW Garden Valley Blvd
5          Roseburg, OR 97470
        Attn: Sam Archambault
6          Special Assets Department

7     3.   Payments received by Umpqua Bank pursuant to this Stipulation shall be applied

8  to the Loan in accordance with the terms of the Note.

9     4.   The acceptance of payments by Umpqua Bank shall not constitute an implied

10  extension, modification or restructure of the Loan or any of the loan documents , or a cure of the

11  events of default under the terms of the loan documents.

12     5.   Prior to December 15, 2013, Matthew Graves shall pay current all real property

13  taxes due to the County of Mendocino on real property commonly know as 6969 Foster Creek

14  Road, Leggett, CA 95585, APN 012-690-50.  Evidence of payment shall be provided to counsel

15  for the Plaintiff and to counsel for the Bank.

16     6.   This Stipulation is without prejudice to the right of any party to seek further relief

17  from the Court at any time during the pendency of this matter.

18     7.   The Motion For Interlocutory Public Judicial Sale is withdrawn without prejudice

19  to right of the Plaintiff and/or Umpqua Bank to  bring another motion for interlocutory sale at

20  any time during the pendency of this matter.

21  Dated: October 16, 2013        MELINDA HAAG
        United States Attorney
22          By:   */s/Arvon J. Perteet*
        ARVON J. PERTEET
23          Assistant United States Attorney
        Attorney for Plaintiff
24

25     October 16, 2013        By:   */s/ Paul J. Dutra*
        PAUL J. DUTRA
26          Dutra & Oates
        Attorneys for Claimant
27          UMPQUA BANK

28

1  October 16, 2013          By:    /s/ David M. Michael
2                                    DAVID M. MICHAEL
                                     Attorney for Claimant
                                     Matthew Graves

**ORDER**

SO ORDERED this __21st__ day of __October__, 2013

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

---

Stipulation and Order on Motion                           *USA v. One (1) Toyota Tundra, et al.*
For Interlocutory Sale                    3.                    Case No.: 12-1439 MMC