PAUL J. DUTRA, CA Bar No.  046294
GLORIA M. OATES, CA Bar No. 119222
**DUTRA & OATES**
2377 Gold Meadow Way, Suite 215
Gold River, CA   95670
Telephone: (916) 526-2797
Fax: (916) 526-2799
[pjdutra@jps.net]

Attorneys for Claimant,
UMPQUA BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ONE (1) 2008 Toyota Tundra, (VIN #5TFDV58108X050994), et al.<br><br>          Defendants.<br>_____ | No.  12-1439 MMC<br><br>**STIPULATION ON MOTION FOR INTERLOCUTORY PUBLIC JUDICIAL SALE AND ORDER THEREON**<br>_____ |

    The Motion For Interlocutory Public Judicial Sale brought jointly by Plaintiff, United States of America , and  claimant Umpqua Bank, was heard by the honorable Maxine M. Chesney, United States District Judge, on the date and time noticed for the hearing.  Counsel for each of the parties appeared and submitted arguments to the Court.  Prior to the submission of final arguments to the Court for a ruling on the Motion, counsel reached the following Stipulation (capitalized terms not defined in this Stipulation are defined in the Motion):

### **STIPULATION**

    1.    Matthew Graves shall pay to Umpqua Bank, for application to the Loan, delinquent interest on the Loan accrued to October 1, 2013, in the amount of $3,803.23, such payment to be made prior to November 1, 2013.

    2.    Matthew Graves shall pay to Umpqua Bank, for application to the Loan, $1,000.00 per month, beginning November 1, 2013, and on the first day of each month thereafter

Stipulation and Order on Motion
For Interlocutory Sale    1.    *USA v. One (1) Toyota Tundra, et al.*
Case No.: 12-1439 MMC

1  until resolution of this matter, further written agreement of the parties, or further order of the

2  Court.  Payments are to be delivered to the following address or to such other address as may be

3  designated in writing by Umpqua Bank:

        Umpqua Bank
        1790 NW Garden Valley Blvd
        Roseburg, OR 97470
            Attn: Sam Archambault
            Special Assets Department

7       3.      Payments received by Umpqua Bank pursuant to this Stipulation shall be applied

8  to the Loan in accordance with the terms of the Note.

9       4.      The acceptance of payments by Umpqua Bank shall not constitute an implied

10 extension, modification or restructure of the Loan or any of the loan documents , or a cure of the

11 events of default under the terms of the loan documents.

12      5.      Prior to December 15, 2013, Matthew Graves shall pay current all real property

13 taxes due to the County of Mendocino on real property commonly know as 6969 Foster Creek

14 Road, Leggett, CA 95585, APN 012-690-50.  Evidence of payment shall be provided to counsel

15 for the Plaintiff and to counsel for the Bank.

16      6.      This Stipulation is without prejudice to the right of any party to seek further relief

17 from the Court at any time during the pendency of this matter.

18      7.      The Motion For Interlocutory Public Judicial Sale is withdrawn without prejudice

19 to right of the Plaintiff and/or Umpqua Bank to  bring another motion for interlocutory sale at

20 any time during the pendency of this matter.

21 Dated: October 16, 2013              MELINDA HAAG
                                       United States Attorney
22                                     By:     /s/Arvon J. Perteet
                                               ARVON J. PERTEET
23                                             Assistant United States Attorney
                                               Attorney for Plaintiff
24

25      October 16, 2013               By:     /s/ Paul J. Dutra
                                               PAUL J. DUTRA
26                                             Dutra & Oates
                                               Attorneys for Claimant
27                                             UMPQUA BANK

28

Stipulation and Order on Motion                                    USA v. One (1) Toyota Tundra, et al.
For Interlocutory Sale                    2.                       Case No.: 12-1439 MMC

| | | | |
|---|---|---|---|
| 1 | October 16, 2013 | By: | */s/ David M. Michael* |
| 2 | | | DAVID M. MICHAEL |
| | | | Attorney for Claimant |
| | | | Matthew Graves |

**ORDER**

SO ORDERED this __21st__ day of __October__, 2013

__/s/ Maxine M. Chesney__
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE