1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  ARVON J. PERTEET (CABN 242828)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6598
       FAX: (415) 436-7234
8      ARVON.PERTEET@USDOJ.GOV

9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   **CASE NO. CV 12-1439 MMC**
14                                     )
             Plaintiff,                )   **JOINT STATUS REPORT;**
15                                     )
         v.                            )   **[PROPOSED]** **ORDER**
16                                     )
   ONE(1) 2008 TOYOTA TUNDRA, (VIN #   )
17 5TFDV58108X050994), ET AL.,         )
                                       )
18           Defendants.               )
                                       )
19 _____ )

20        Plaintiff, the United States of America, by and through MELINDA HAAG, United States

21 Attorney, and ARVON J. PERTEET, Assistant United States Attorney, and Claimant MATTHEW

22 GRAVES by and through his attorney DAVID M. MICHAEL, ESQ., hereby acknowledge an ongoing

23 civil forfeiture matter, and submit the following Joint Status Report.

24        On March 12, 2012, the Government filed this civil forfeiture action against the defendant

25 properties.  The basis alleged for this forfeiture action is that the defendant properties were used to

26 facilitate the manufacture, possession, cultivation, and distribution and the possession with the intent to

27 distribute marijuana. On or about December 18, 2012, the Government brought a criminal action against

28 claimant/defendant, MATTHEW GRAVES, in the matter of *United States v. Matthew David Graves*,

1    CR 12-0885 CRB, a criminal case alleging possession with the intent to distribute marijuana. The

2    criminal case also alleges criminal forfeiture of the same property at issue in this civil forfeiture matter.

3    On February 8, 2013, the Government filed a notice of related case in both case Nos. CV 12-01439

4    MMC, and CR 12-0885 CRB.  The matter of *United States v. Matthew David Graves*, CR 12-0885

5    CRB, is currently set for motion hearings for March, 2014.

6           The matter before this court is currently stayed pending the resolution of the criminal matter.

7    The parties request that the case be stayed for an additional six months pursuant to 18 U.S.C. §§

8    981(g)(1) and (2) or such time as the parties may request that the stay be lifted.

9
10   Dated: February 27, 2014                          MELINDA HAAG
                                                        United States Attorney
11

12                                                      /S/  *ARVON J. PERTEET*____
                                                        ARVON J. PERTEET
13                                                      Assistant United States Attorney

14

15   Dated: February 27, 2014

16                                                      /S/  *DAVID M. MICHAEL*___
                                                        DAVID M. MICHAEL
17                                                      Attorney for Claimant
                                                        MATTHEW D. GRAVES
18

19                                       **ORDER**

20

21          SO ORDERED this ___27th___ day of _____February_____, 2014. The parties are further

22   DIRECTED to file with the Court, at the expiration of the stay or such earlier time as ordered by the

23   Court or requested by the parties, a further Status Report.

24

25

26

27                                      MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE
28

JOINT STATUS REPORT
CV 12-1439 MMC