MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ARVON J. PERTEET (CABN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6598
    FAX: (415) 436-7234
    ARVON.PERTEET@USDOJ.GOV

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 12-1439 MMC |
| Plaintiff, | **JOINT STATUS REPORT;** |
| v. | [PROPOSED] **ORDER** |
| ONE(1) 2008 TOYOTA TUNDRA, (VIN # 5TFDV58108X050994), ET AL., | |
| Defendants. | |

    Plaintiff, the United States of America, by and through MELINDA HAAG, United States Attorney, and ARVON J. PERTEET, Assistant United States Attorney, and Claimant MATTHEW GRAVES by and through his attorney DAVID M. MICHAEL, ESQ., hereby acknowledge an ongoing civil forfeiture matter, and submit the following Joint Status Report.

    On March 12, 2012, the Government filed this civil forfeiture action against the defendant properties. The basis alleged for this forfeiture action is that the defendant properties were used to facilitate the manufacture, possession, cultivation, and distribution and the possession with the intent to distribute marijuana. On or about December 18, 2012, the Government brought a criminal action against

JOINT STATUS REPORT
CV 12-1439 MMC

claimant/defendant, MATTHEW GRAVES, in the matter of *United States v. Matthew David Graves*, CR 12-0885 CRB, a criminal case alleging possession with the intent to distribute marijuana. The criminal case also alleges criminal forfeiture of the same property at issue in this civil forfeiture matter. On February 8, 2013, the Government filed a notice of related case in both case Nos. CV 12-01439 MMC, and CR 12-0885 CRB.  The matter of *United States v. Matthew David Graves*, CR 12-0885 CRB, is currently set for jury trial on for December 1, 2014.

    The matter before this court is currently stayed pending the resolution of the criminal matter. The parties request that the case be stayed for an additional six months pursuant to 18 U.S.C. §§ 981(g)(1) and (2) or such time as the parties may request that the stay be lifted.

Dated: August 11, 2014

MELINDA HAAG
United States Attorney

 /S/  *Arvon J. Perteet*
ARVON J. PERTEET
Assistant United States Attorney

Dated: August 11, 2014

 /S/  *David M. Michael*
DAVID M. MICHAEL
Attorney for Claimant
MATTHEW D. GRAVES

**ORDER**

    SO ORDERED this __12th__ day of __August__, 2014. The parties are further DIRECTED to file with the Court, at the expiration of the stay or such earlier time as ordered by the Court or requested by the parties, a further Status Report.

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE