1  DAVID M. MICHAEL, SBN 74031
   EDWARD M. BURCH, SBN 255470
2  LAW OFFICES OF DAVID M. MICHAEL
3  101 California Street, Suite 2450
   San Francisco, CA 94111
4  Telephone:     (415) 946-8996
   Facsimile:     (877) 538-6220
5  E-mail:            david@davidmichaellaw.com

6
   Attorneys for Claimants TYREL MATTHEW GRAVES,
7  SENSI ANGELIQUE GRAVES, WILLIAM ORAN GRAVES,
   AND BO MICHAEL GRAVES,
8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,

12         Plaintiff,                         No. 3:12-cv-01439-MMC

13 v.                                         **STIPULATION TO EXTEND
                                              TIMES TO FILE;**
14 REAL PROPERTY AND IMPROVEMENTS             **[Proposed] ORDER**
   LOCATED AT APN # 012-690-050,
15 LEGGETT, CA, et.al.,

16         Defendants.
17 _____/

18 TYREL MATTHEW GRAVES, SENSI
   ANGELIQUE GRAVES, WILLIAM ORAN
19 GRAVES, AND BO MICHAEL GRAVES,

20         Claimants.
21
   _____/
22

23

24         IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF

25 AMERICA and Claimants TYREL MATTHEW GRAVES, SENSI ANGELIQUE GRAVES,

26 WILLIAM ORAN GRAVES, AND BO MICHAEL GRAVES, through their respective counsel,

27 and subject to this Court's approval, that the times for the filing of the parties respective

28 pleadings be extended as follows:

Stipulation to Extend Time to File; [Proposed] Order                                    1
Case No. 12-cv-01439 MMC

1. Claimants' Opposition to the government's Motion to Strike Claims maybe filed on November 24, 2014, four calendar days beyond its due date pursuant to the local rules.

2. The government's Reply in support of its Motion to Strike shall thereafter be due on December 2, 2014.

Dated: November 24, 2014

Respectfully submitted,

United States Attorney

*s/Arvon J. Perteet*
ARVON J. PERTEET
Assistant United States Attorney
Attorney for the United States of America

Dated: November 24, 2013

*s/David M Michael*
DAVID M. MICHAEL
Attorney for Claimants
TYREL MATTHEW GRAVES,
SENSI ANGELIQUE GRAVES,
WILLIAM ORAN GRAVES,
AND BO MICHAEL GRAVES

**[Proposed] ORDER**

Pursuant to the above stipulation of the parties,

IT IS HEREBY ORDERED that Claimants' Opposition to the government's Motion to Strike Claims maybe filed on November 24, 2014, four calendar days beyond its due date and the government's Reply in support of its Motion to Strike shall thereafter be due on December 2, 2014.

Dated:  November ___25_, 2014

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF ELECTRONIC FILING

I hereby certify that, on 24 November 2014, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

ARVON J. PERTEET
Assistant United States Attorney
Office of the United States Attorney
450 Golden Gate Avenue, 11TH Floor
San Francisco, California 94102
arvon.perteet@usdoj.gov

          *S/David M. Michael*
          DAVID M. MICHAEL