IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ONE (1) 2008 TOYOTA TUNDRA, (VIN # 5TFDV58108X050994), ET AL.,<br><br>    Defendants<br>_____/ | No. C 12-1439 MMC<br><br>**ORDER DIRECTING CLAIMANTS TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On March 26, 2015, Tyrel Matthew Graves, Sensi Angelique Graves, William Oran Graves, and Mo Michael Graves (collectively, "claimants") electronically filed a document titled "Motion for Indicative Ruling Regarding Motion for Reconsideration Based on Substantial New Evidence." Claimants have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Claimaints are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Claimaints are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed

1  document, the Court may impose sanctions, including, but not limited to, striking from the
2  record any electronically-filed document of which a chambers copy has not been timely
3  provided to the Court.
4      **IT IS SO ORDERED.**
5
6  Dated: April 1, 2015

                                MAXINE M. CHESNEY
                                United States District Judge