**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ONE (1) 2008 Toyota Tundra (VIN # 5TFDV58108X050994),<br>Real Property and Improvements located at APN # 012-690-48, Leggett, CA,<br>Real Property and Improvements located at APN # 012-690-50, Leggett, CA,<br>Real Property and Improvements located at APN # 012-670-48, Leggett, CA,<br>Real Property and Improvements located at APN # 012-670-49, Leggett, CA,<br><br>      Defendants,<br>_____/<br>MATTHEW D. GRAVES,<br>      Claimant,<br>_____/<br>TYREL MATTHEW GRAVES, SENSI ANGELIQUE GRAVES, WILLIAM ORAN GRAVES, and BO MICHAEL GRAVES<br><br>      (Stricken) Claimants.<br>_____/ | No. 3:12-cv-01439-MMC<br><br>[~~Proposed~~] **ORDER GRANTING UNOPPOSED REQUEST TO ENLARGE TIME TO FILE REPLY BRIEF** |

The Unopposed Request for Enlargement of Time to File Reply Brief, filed by the Stricken Claimants, TYREL MATTHEW GRAVES, SENSI ANGELIQUE GRAVES, WILLIAM ORAN GRAVES, and BO MICHAEL GRAVES regarding their motion for indicative ruling (Doc. 72) is GRANTED.

The reply brief lodged by the Stricken Claimants on April 20, 2015 is deemed FILED.

IT IS SO ORDERED.

This __21__ day of April, 2015.

_____
Maxine M. Chesney
United States District Judge