MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ARVON J. PERTEET (CABN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6598
    ARVON.PERTEET@USDOJ.GOV

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CV 12-1439 MMC |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER TO |
| v. | ) CONTINUE HEARING ON MOTION FOR |
| | ) RECONSIDERATION |
| ONE(1) 2008 TOYOTA TUNDRA, (VIN # 5TFDV58108X050994), ET AL., | ) |
| | ) Pending Hearing Date: May 1, 2015 |
| Defendants. | ) Time: 9:00 a.m. |
| | ) Place: Courtroom 7, 19th Floor |
| | ) |
| | ) STIPULATION AND [PROPOSED] ORDER TO |
| | ) CONTINUE HEARING ON MOTION FOR |
| | ) SUMMARY JUDGMENT |
| | ) |
| | ) Pending Hearing Date: May 15, 2015 |
| | ) Time: 9:00 a.m. |
| | ) Place: Courtroom 7, 19th Floor |
| | ) |

    Plaintiff, the United States of America, by and through MELINDA HAAG, United States Attorney, and ARVON J. PERTEET, Assistant United States Attorney, and Stricken-Claimants Tyrel Graves, Sensi Graves, William Graves, and Bo Graves by and through their attorney DAVID M. MICHAEL, ESQ., hereby acknowledges an ongoing civil forfeiture matter, and stipulate to the following:

STIPULATED REQUEST TO CONTINUE AND PROPOSED ORDER
CV 12-1439 MMC

The parties have agreed to appear before Magistrate Judge Spero on May 13, 2015 at 9:30a.m. for a settlement conference as to the case before this Court and the related criminal forfeiture Case No. 12-CR-00885-CRB-1. (See Doc. #81). Due to the pending settlement conference and potential that this matter be resolved at said settlement conference, the parties now seek to continue the hearing on the non-claimants' Motion for Reconsideration currently scheduled for May 1, 2015 to May 15, 2015 at 11:00a.m.. The parties also request that the hearing on the Government's Motion for Summary Judgment be continued to the May 15, 2015 at 11:00a.m..

David Michael, attorney for the Stricken-Claimants, is scheduled to appear for oral argument before the Ninth Circuit Court of Appeals in an unrelated case on May 15, 2015, at 9:30 a.m., thus the request for a special setting on the Court's calendar at 11:00 a.m. on May 15, 2015.

Agreed and Stipulated to by:

DATED: April 30, 2015                          Respectfully submitted,

                                               MELINDA HAAG
                                               United States Attorney

                                               /s/ ARVON J. PERTEET
                                               ARVON J. PERTEET
                                               Assistant United States Attorney


                                               /s/ DAVID MICHAEL
                                               DAVID MICHAEL
                                               Attorney for Non-Claimants


**[PROPOSED]** ORDER

In light of the Court's calendar, the ^hearing on the Stricken-Claimants' Motion for Reconsideration currently scheduled for May 1, 2015 is continued to May ^29, 2015, at 9:00 a.m. ~~15, 2015 at 11:00 a.m.~~ The hearing on the Government's Motion for Summary Judgment is continued to the May ~~15, 2015 at 11:00 a.m.~~ 29, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April __30__, 2015

                                               _____
                                               HON. MAXINE M. CHESNEY
                                               DISTRICT COURT JUDGE

STIPULATED REQUEST TO CONTINUE AND ~~PROPOSED~~ ORDER
CV 12-1439 MMC