**DAVID M. MICHAEL, SBN 74031**
**EDWARD M. BURCH, SBN 255470**
**LAW OFFICES OF DAVID M. MICHAEL**
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:   (415) 946-8996
Facsimile:    (877) 538-6220

**Attorneys for Petitioners/Stricken Claimants**
**TYREL MATTHEW GRAVES, SENSI ANGELIQUE GRAVES,**
**WILLIAM ORAN GRAVES, and BO MICHAEL GRAVES**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ONE (1) 2008 Toyota Tundra<br>(VIN # 5TFDV58108X050994),<br>Real Property and Improvements located at APN # 012-690-48, Leggett, CA,<br>Real Property and Improvements located at APN # 012-690-50, Leggett, CA,<br>Real Property and Improvements located at APN # 012-670-48, Leggett, CA,<br>Real Property and Improvements located at APN # 012-670-49, Leggett, CA,<br><br>           Defendants.<br>_____/<br>TYREL MATTHEW GRAVES, SENSI ANGELIQUE GRAVES, WILLIAM ORAN GRAVES, and BO MICHAEL GRAVES,<br><br>           (Stricken) Claimants.<br>_____/ | Case No. 12-cv-1439 *MMC [with Related Case U.S. v. Graves, Case No. 12-cr-885-CRB-1]*<br><br>**(REFERRED TO <u>JCS</u> FOR SETTLEMENT CONFERENCE)**<br><br>**[REFILED] UNOPPOSED REQUEST FOR AVAILABILITY OF PETITIONER/CLAIMANT SENSI GRAVES BY TELEPHONE AT SETTLEMENT CONFERENCE; [~~Proposed~~] ORDER**<br><br>Settlement Conference Date:  May 13, 2015<br>Time:  9:30 a.m.<br>Place: Courtroom G - 15th Floor |

Third Party Petitioners/Stricken-Claimants Tyrel Graves, Sensi Graves, William Graves, and Bo Graves, by and through their attorney DAVID M. MICHAEL, ESQ., request that Petitioner/Stricken Claimant Sensi Graves, be permitted to be available by telephone at the settlement conference.

The parties have agreed to appear before Magistrate Judge Spero on May 13, 2015 at

1  9:30a.m. for a settlement conference as to both the above captioned case and the above related
2  criminal case.

3  The Court is advised that siblings and Petitioners/Stricken Claimants Tyrel Graves,
4  William Graves, and Bo Graves intend to and will personally attend the settlement conference,
5  but the parties request that Petitioner/Stricken Claimant Sensi Graves, be permitted to be
6  available by telephone at the settlement conference.

7  This request is made on the grounds that personal appearance at the hearing would cause
8  substantial hardship and significant expense, as Ms. Graves is currently, and has been for some
9  time, working in North Carolina running a women's kite (water sport) camp with one other
10 instructor and 10 female students. Ms. Graves researched airfare after being informed that her
11 personal attendance might be required at the conference, but the price of tickets on the short
12 notice combined with the days missed (resulting in lost wages and hardship on the single
13 remaining instructor) make it essentially impossible for her to travel to San Francisco without
14 incurring substantial hardship and significant expense. Ms. Graves was contacted by undersigned
15 on today's date, acknowledges that she must be available on the phone during the pendency of
16 the conference and has indicated in writing that she gives unlimited authority to her siblings,
17 Petitioners/Stricken Claimants Tyrel Graves, William Graves, and Bo Graves, to negotiate a
18 settlement and otherwise settle the above numbered cases.

19 Plaintiff's attorney was contacted by email and has no objection to this request.
20 DATED: May 12, 2015

    /s/ *David M. Michael*
DAVID M. MICHAEL
Attorney for Third Party Petitioners/Stricken Claimants

**[Proposed] ORDER**

Petitioner/Stricken Claimant Sensi Graves is hereby permitted to be available by telephone at the settlement conference on May 13, 2015.

IT IS SO ORDERED.

Dated: May 12, 2015

    _____
HON. JOSEPH C. SPERO
MAGISTRATE JUDGE

[REFILED] Unopposed Request For Petitioner/Claimant Sensi Graves To Appear By Telephone at Settlement Conference; [Proposed] Order - CV 12-1439 MMC & 12-CR-885-CRB-1