IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ONE (1) 2008 TOYOTA TUNDRA, (VIN # 5TFDV58108X050994), ET AL.,<br><br>            Defendants | No. C 12-1439 MMC<br><br>**ORDER CONTINUING HEARINGS ON MOTION FOR INDICATIVE RULING AND MOTION FOR SUMMARY JUDGMENT** |

In light of the further settlement conference set by Magistrate Judge Joseph C. Spero, which proceeding has been continued from May 20, 2015 to June 3, 2015, the hearings on claimants' Motion for Indicative Ruling and the government's Motion for Summary Judgment are hereby CONTINUED from May 29, 2015 to June 19, 2015.

**IT IS SO ORDERED.**

Dated: May 20, 2015

                                                          _____
                                                          MAXINE M. CHESNEY
                                                          United States District Judge