1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4
   ARVON J. PERTEET (CABN 242828)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6598
7      ARVON.PERTEET@USDOJ.GOV

8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                           SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,         ) CASE NO. CV 12-1439 MMC
                                       )
14 |      Plaintiff,                   ) PLAINTIFF'S UNOPPOSED REQUEST FOR
                                       ) VOLUNTARY DIMISSAL, [PROPOSED] ORDER
15 | v.                                ) OF VOLUNTARY DIMISSAL, AND NOTICE OF
                                       ) VOLUNTARY DIMISSAL OF MOTION FOR
16 | ONE(1) 2008 TOYOTA TUNDRA, (VIN # ) SUMMARY JUDGMENT
     5TFDV58108X050994), ET AL.,       )
17                                     )
          Defendants.                  )
18                                     )
                                       )
19                                     )
                                       )
20 |_____)

21      Plaintiff United States of America, by and through the United States Attorney for the Northern

22 District of California, and the undersigned Assistant United States Attorney, Arvon J. Perteet, files this

23 unopposed Request for Voluntary Dismissal of the instant civil forfeiture action pursuant to the

24 provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure and pursuant to the terms of the

25 Stipulated Settlement Agreement in the Ancillary Proceeding in related Case No. CR 12-0885 CRB (

26 See, Exhibit 1). Additionally, the Plaintiff voluntarily dismisses the Motion for Summary Judgment

27 filed in Doc. 73.

28      Further, the Plaintiff attaches as part of the record a copy of the Forbearance Agreement between

claimants Matthew Graves and Umpqua Bank. (See, Exhibit 2).

WHEREFORE, for all the above-stated reasons, Plaintiff United States of America respectfully requests that this Court dismiss this instant civil forfeiture action with prejudice.

DATED: June 2, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/S/  *Arvon J. Perteet*
ARVON J. PERTEET
Assistant United States Attorney

## [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

UPON CONSIDERATION of the Request for Voluntary Dismissal, and the entire record, it is by the Court on this  2nd  day of  June , 2015

ORDERED that the instant case be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

HONORABLE MAXINE M. CHESNEY
United States District Judge